ERIC GRANT
United States Attorney
ALYSON A. BERG
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099
Alyson.Berg2@usdoj.gov

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD BAKER, | CASE NO. 2:25-CV-1344 TLN CSK |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE PRETRIAL SCHEDULE** |
| v. | |
| THE UNITED STATES OF AMERICA, | |
| Defendant. | |

Plaintiff Edward Baker ("Plaintiff"), and Defendant United States ("Defendant"), stipulate, by and through the undersigned counsel, to continue the dates of the pretrial schedule currently set by ECF 3.

Good cause exists for this stipulated continuance because Plaintiff has a newly scheduled medical appointment, and a brief continuance will allow the parties to complete discovery and consider potential resolution of the case.

The parties, through counsel, have met and conferred and agree to the following schedule:

STIPULATION AND ORDER TO
CONTINUE SCHEDULING CONFERENCE

1

| EVENT | CURRENT DATE | PROPOSED DATE |
|-------|-------------|---------------|
| Fact Discovery Cut-off | 7/16/2026 | 10/16/2026 |
| Expert Disclosures | 9/11/2026 | 12/11/2026 |
| Expert Discovery Cut-off | 12/1/2026 | 3/1/2027 |
| File Dispositive Motions | 1/11/2027 | 4/1/2027 |

The parties submit this proposed stipulation for the Court's consideration.

IT IS SO STIPULATED.

Dated:  March 16, 2026

ERIC GRANT
United States Attorney

By:  /s/ Alyson A. Berg
ALYSON A. BERG
Assistant United States Attorney

Attorneys for THE UNITED STATES OF AMERICA

THE HERMANN FIRM

/s/
MICHAEL HERMANN

Attorneys for Plaintiff, EDWARD BAKER

Dated:  March 16, 2026

## ORDER

Having reviewed the stipulation submitted by the parties, and finding good cause, the court hereby orders that the schedule, as amended, is adopted in full.

IT IS SO ORDERED.

DATED: March 17, 2026

Troy L. Nunley
Chief United States District Judge

STIPULATION AND ORDER TO
CONTINUE SCHEDULING CONFERENCE

2